

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUCIUS U. AKUCHIE, | ' | No. 08-21-00073-CV |
| Appellant, | ' | Appeal from the |
| v. | ' | 240th Judicial District Court |
| HUNTERS GREEN HOMEOWNERS ASSOCIATION, | ' | of Fort Bend County, Texas |
| | ' | (TC#17-DCV-241422) |
| Appellee. | ' | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.